**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

CRISANTO TUT-XOL, *

Petitioner, *

v. *

VERNON LIGGINS, et al., *

Respondents. *

**APPROVED** this 1st day of September, 2026. The Clerk shall **CLOSE** this case.

/s/
George L. Russell, III
Chief United States District Judge

Case No. 1:26-cv-03105-GLR

* * * * * * * * * * * * *

**STATUS REPORT**

Respondents, by and through undersigned counsel, and pursuant to this Court's Order dated August 31, 2026, *see* ECF 11, files this Status Report confirming that Petitioner was released yesterday from the Otay Mesa Detention Center in San Diego, California.

Dated: September 1, 2026

Respectfully submitted,

Kelly O. Hayes
United States Attorney

*/s/ Charles R. Gayle*
Charles R. Gayle, Bar No. 14706
Assistant United States Attorney
36 S. Charles Street, 4th Floor
Baltimore, MD 21201
Charles.Gayle@usdoj.gov
(410) 209-4800

*Counsel for Respondents*